# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
SCOTT M. CANTOR, BAR NO. 1713.

No. 70937

**FILED**

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER APPROVING PANEL RECOMMENDATION

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's findings of fact, conclusions of law, and recommendation for discipline of attorney Scott Cantor.

After finding that Cantor breached his mentoring agreement in a prior disciplinary matter by failing to implement an accounting system, a hearing panel recommended that the agreement be modified under SCR 105.5(6)(c). The panel's recommendation provides for a stayed three-year suspension, with the following conditions: (1) probation for one year, starting on July 6, 2016, the date of the panel's written recommendation; (2) Cantor must complete an audit of his trust account within 30 days of the panel's recommendation; (3) Cantor must repay any deficiency within 90 days of the audit's completion; (4) Cantor must obtain a new mentor approved by Bar Counsel to comply with the terms set forth in the original mentoring agreement; (5) Cantor must implement and use accounting and case management systems for the operation of his law practice; and (6) Cantor must submit quarterly reports to Bar Counsel providing updates on the matters outlined in his original mentoring agreement, as well as updates on his implementation and use of accounting and case management systems.

16-36556

Based on our review of the record, we conclude that the panel's recommended discipline should be approved, as the conditions outlined above are sufficient to serve the purpose of attorney discipline. *See* SCR 105(3)(b) (reviewing de novo the hearing panel's recommended discipline); *State Bar of Nev. v. Claiborne*, 104 Nev. 115, 213, 756 P.2d 464, 527-28 (1988) (observing that the purpose of attorney discipline is to protect the public, the courts, and the legal profession). We hereby impose a stayed three-year suspension, with a one-year probation period effective as of July 6, 2016. Cantor must comply with all of the conditions outlined above. The State Bar shall comply with SCR 121.1.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

cc: Chair, Southern Nevada Disciplinary Board
Michael J. Warhola, LLC
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court